**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LINDA TODD,             ) | |
|                         ) | |
|     Plaintiff,          ) | |
|                         ) | |
| v.                      ) | |
|                         ) | JURY TRIAL DEMANDED |
| FFCC-COLUMBUS, INC.,    ) | |
|                         ) | |
|     Defendant.          | |

### INTRODUCTION

1.  Plaintiff, Linda Todd ("Plaintiff"), brings this action to secure redress against unlawful credit and collection practices engaged in by Defendant FFCC-Columbus Inc., ("FFCC") that violated provisions of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, ("FDCPA")

2.  Plaintiff alleges, in part, that FFCC falsely informed her that on or about March 2008, she was required to pay her prepetition creditor monies on the debt FFCC was collecting upon. Plaintiff's modified Chapter 13 plan specifically states that, "The debtor will make no direct payments to creditors holding prepetition claims." *In re: Linda D. Todd*, Dkt. 16. Modified Chapter 13 Plan, p. 2 (N.D. Ill. Br. Dec. 31, 2007).

3.  The FDCPA broadly prohibits unfair or unconscionable collection methods, conduct with is abusive, and any false, deceptive or misleading statements in connection with the debt and it requires debt collectors to provide consumers with certain information. 15 U.S.C. §§ 1692d, 1692e, 1692f and 1692g.

## JURISDICTION AND VENUE

4. This Court has jurisdiction under 28 U.S.C. §§1331, 1337 and 15 U.S.C. §1692k (FDCPA).

5. Venue and personal jurisdiction over Defendant in this District is proper because:

   a. Plaintiff resides within the District;

   b. Defendants transact business within the District using the mails and telephones specifically to reach alleged debtors, including Plaintiff, located within the District;

   c. FFCC maintains an office at 27 North Wacker, Suite 620, Chicago, Illinois 60606; and

   d. FFCC collection activities directed to Plaintiff occurred within the District.

## PARTIES

6. Plaintiff is an individual who resides in the District.

7. Defendant FFCC is a corporation organized under the laws of the State of Ohio. Its registered agent and its address in Illinois is Corporate Creations Network Inc., 3023 N. Clark Street, #318, Chicago, Illinois 60657.

8. According to FFCC's website, "First Federal Credit Control Companies offer the leading medical and professional debt-collection services in the industry." http://www.ffcc.com/mission.aspx

9. FFCC is a debt collector as defined by the FDCPA § 1692a(6) and thereby is subjected to the Act when engaged in debt collection efforts such as the placement of phone calls to consumers.

## FACTS

10. On October 31, 2007, Plaintiff filed for Chapter 13 Bankruptcy, Bankruptcy Petition 07-20301, which was modified. As part of the Plaintiff's Bankruptcy FFCC was listed on Schedule F. Plaintiff's redacted Schedule F showing FFCC is attached as Exhibit 1. *In re: Linda D. Todd*, Dkt. 2, Chapter 13 Plan, Schedule F (N.D. Ill. Br. Oct. 31, 2007).

11. Plaintiff's modified Chapter 13 plan specifically states that, "The debtor will make no direct payments to creditors holding prepetition claims." *In re: Linda D. Todd*, Dkt. 16. Modified Chapter 13 Plan, p. 2 (N.D. Ill. Br. Dec. 31, 2007).

12. On January 4, 2008, the Bankruptcy Court confirmed Plaintiff's Chapter 13 Plan.

13. Plaintiff was represented by counsel in regard to her Bankruptcy, specifically in regard to debts disclosed in Schedule F.

14. On information and belief FFCC received notice from Plaintiff's counsel of the debt listed on Plaintiff's Schedule F.

15. On or about March 2008, Plaintiff received a voice message that was left by an employee of FFCC using the name "Nina Tate."

16. In the voice message, Ms. Tate left the message for "Linda".

17. In the voice message, Ms. Tate did not state that she was calling from FFCC nor disclosed any company name.

18. In the voice message, Ms. Tate did not state that she was calling in an attempt to collect a debt.

19. In the voice message, Ms. Tate requested Plaintiff to call her at (866) 450-3133.

20. The telephone number (866) 450-3133 is a number used by FFCC.

21. The telephone number (866) 450-3133 is a number used by FFCC to communicate with debtors in an attempt to collect a debt.

22. Plaintiff returned the call and learned that the telephone number she called belonged to FFCC.

23. During the conversation with FFCC's employee and Plaintiff, Plaintiff was informed that she was required to pay to it the debt FFCC was collecting upon.

### COUNT I – FDCPA § 1692e VIOLATIONS

24. Plaintiff incorporates paragraphs 1-23 above.

25. 15 U.S.C § 1692e, in pertinent part, provides:

> A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:
>
> * * *
>
> (2) The false representation of --
>
>     (A) the character, amount, or legal status of any debt; or
>
> * * *
>
> (10) The use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer.

26. FFCC violated 15 U.S.C. § 1692e, e(2)(A) and e(10).

### COUNT II – FDCPA § 1692c(2)

27. Plaintiff incorporates paragraphs 1-23 above.

28. Section 1692c, Communications in connection with debt collection, in pertinent part, provides:

4

(a) COMMUNICATION WITH THE CONSUMER GENERALLY.  Without the prior consent of the consumer given directly to the debt collector or  the express permission  of a court of competent jurisdiction, a debt collector may not communicate with a consumer in connection with the collection of any debt --

(2) **if the debt collector knows the consumer is represented by an attorney with respect to such debt and has knowledge of, or can readily ascertain, such attorney's name and address**, unless the attorney fails to respond within  a reasonable period of time to a communication from the debt collector or  unless the attorney consents to direct communication with the consumer; 15 U.S.C. §§ 1692c(a), (a)(2) (emphasis added).

29. FFCC's conduct violated Section 1692c(a)(2).

### COUNT III - FDCPA § 1692d(6) VIOLATION

30. Plaintiff incorporates paragraphs 1-23 above.

31. 15 U.S.C. §1692d(6) provides:

(6) Except as provided in section 804, the placement of telephone calls without meaningful disclosure of the caller's identity.

32. FFCC violated 15 U.S.C. §1692d(6).

### COUNT IV –FDCPA - § 1692e(11) VIOLATION

33. Plaintiff incorporates paragraphs 1-23 above.

34. 15 U.S.C. §1692e(11) provides:

(11) The failure to disclose in the initial written communication with the consumer and, in addition, if the initial communication with the consumer is oral, in that initial oral communication, that the debt collector is attempting to collect a debt and that any information obtained will be used for that purpose, and the failure to disclose in subsequent communications that the communication is from a debt collector, except that this paragraph shall not apply to a formal pleading made in connection with a legal action.

35. FFCC violated 15 U.S.C. §1692e(11).

**WHERFORE**, Plaintiff requests this Honorable Court to enter judgment in favor of

Plaintiff and against FFCC for:

5

(1) Statutory damages for Plaintiff;

(2) Attorney's fees, litigation expenses and costs of suit; and

(3) Such other relief as the Court deems proper.

Respectfully submitted,

s/ Curtis C. Warner
Curtis C. Warner

Curtis C. Warner          cwarner@warnerlawllc.com
WARNER LAW FIRM, LLC
Millennium Park Plaza, 151 N. Michigan Ave. Ste. 3714
Chicago, Illinois 60601
(312) 238-9820  (TEL)

## JURY DEMAND

Plaintiff demands a trial by jury.

Respectfully submitted,

s/ Curtis C. Warner
Curtis C. Warner

Curtis C. Warner          cwarner@warnerlawllc.com
WARNER LAW FIRM, LLC
Millennium Park Plaza, 151 N. Michigan Ave. Ste. 3714
Chicago, Illinois 60601
(312) 238-9820  (TEL)

```
08CV2847   NF
JUDGE MANNING
MAGISTRATE JUDGE BROWN
```

# EXHIBIT 1

Official Form 6F (10/06) - Cont

In re  Linda D Todd , Case No. _____
    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. ▓▓▓ ▓▓▓ | | - | ▓▓▓ | | | | ▓▓ |
| Account No. ▓▓▓ ▓▓▓ | | - | ▓▓▓ | | | | ▓▓ |
| Account No. BS6457<br><br>FFCC Colmbus, Inc.<br>c/o Lina Poskus, DDS<br>PO Box 20790<br>Columbus, OH 43220 | | - | 2007<br>Medical Bills | | | | 52.00 |
| Account No. ▓▓▓ ▓▓▓ | | - | ▓▓▓ | | | | ▓▓ |
| Account No. ▓▓▓ ▓▓▓ | | - | ▓▓▓ | | | | ▓▓ |

Sheet no. _1_ of _3_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) ▓▓▓