# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

LINDA TODD

CASE NUMBER: 08CV 2847

V.

JUDGE MANNING

ASSIGNED JUDGE: MAGISTRATE JUDGE BROWN

FFCC-COLUMBUS, INC.

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

FFCC-COLUMBUS, INC
c/o Corporate Creations Network Inc.
3023 N. Clark Street, #318
Chicago, Illinois 60657

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Curtis C. Warner, Warner Law Firm, LLC, 151 N. Michigan Ave. Ste. 3714, Chicago, Illinois 60601.

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

*/s/ Nadine Hirley*

(By) DEPUTY CLERK

May 16, 2008

Date

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NO. 08CV 2847
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Jason Holinka**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

( X ) Summons & Complaint
(   ) Citation to Discover Assets
(   ) Rule to Show Cause
(   ) Subpoena
(   ) Other:

1. (   ) By leaving a copy with the named party, ------- personally on -------.

2. (   ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3. ( X ) On the within party, **FFCC-Columbus, Inc. c/o Corporate Creations Network Inc.** by leaving a copy with **Luba Pollack, Office Manager and Authorized Person**, on **May 26, 2008**, and informed that person of the contents thereof.

4. ( X ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: Female         RACE: Caucasian         APPROXIMATE AGE: 25-30

5. ( X ) That the place where and the time of day when the documents were served were as follows:

PLACE: 1443 W. Belmont, Unit C, Chicago, IL 60657
TIME OF DAY: 10:30 AM

6. (   ) That he was unable to serve the within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This 27th day of May 2008.

Jason Holinka
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 11/19/11

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NO. 08CV 2847
AFFIDAVIT OF SPECIAL PROCESS SERVER

Jason Holinka, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

( ) Summons & Complaint
( ) Citation to Discover Assets
( ) Rule to Show Cause
( ) Subpoena
( ) Other:

1.   ( ) By leaving a copy with the named party, ------ personally on ------.

2.   ( ) On the within named party, ------, by leaving a copy with ------, ------, who states that they are a member of the household on ------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on ------.

3.   ( ) On the within party, ------ by leaving a copy with ------, on ------, and informed that person of the contents thereof.

4.   ( ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: ------        RACE: ------        APPROXIMATE AGE: ------

5.   ( ) That the place where and the time of day when the documents were served were as follows:

PLACE: ------
TIME OF DAY: ------

6.   (X) That he was unable to serve the within named party FFCC-Columbus, Inc. c/o Corporate Creations Network Inc. located at 3023 N. Clark St., #318, Chicago, IL 60657 for the reason: Attempted service on 5/21/08 @ 11:00am and this is an incorrect address as it is a UPS store. Therefore, I was unable to locate the subject and effect service.

Signed and Sworn to before me
This 27th day of May 2008.

Jason Holinka
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 1/19/11

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant.  Place where served: _____

_____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

_____

_____

    G  Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

        I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

    Executed on _____    _____
                          Date                        *Signature of Server*

                                                         _____
                                                         *Address of Server*

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LINDA TODD, | ) | |
| | ) | Judge Manning |
| Plaintiff, | ) | |
| | ) | Magistrate Judge Soat Brown |
| v. | ) | |
| | ) | |
| FFCC-COLUMBUS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I, Curtis C. Warner, hereby certify that on May 29, 2008, I filed the returned executed summons electronically using the Court's CM/ECF system, which automatically will send notice to those parties who have appeared and are so registered with a copy sent via US Mail & e-mail to:

Boyd W. Gentry
SURDYK, DOWD & TURNER CO., L.P.A.
Kettering Tower Suite 1610
40 N. Main Street
Dayton, OH 45423
bgentry@sdtlawyers.com

                                                Respectfully submitted,

                                                s/ Curtis C. Warner
                                                Curtis C. Warner

Curtis C. Warner
WARNER LAW FIRM, LLC
Millennium Park Plaza
151 N. Michigan Ave. Ste. 3714
Chicago, Illinois 60601
(312) 238-9820