UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Linda Todd
                Plaintiff,

v.                                   Case No.: 1:08−cv−02847
                                           Honorable Blanche M. Manning

FFCC−Columbus, Inc.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 2, 2008:

        MINUTE entry before the Honorable Blanche M. Manning: Parties have reached a settlement in principle. Status hearing set for 7/31/2008 at 11:00 AM. If a stipulation to dismiss is filed prior to the hearing, the status will be stricken.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.