IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LINDA TODD, | ) | |
| | ) | 08 C 2847 |
| Plaintiff, | ) | |
| | ) | Judge Manning |
| v. | ) | |
| | ) | Magistrate Judge Soat Brown |
| FFCC-COLUMBUS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DISMISSAL**

NOW COMES Plaintiff Linda Todd by and through her counsel, Warner Law Firm, LLC by Curtis C. Warner, and pursuant to FED. R. CIV. P. 41(a)(1)(A)(i) dismisses this matter with prejudice.

Respectfully submitted,

s/ Curtis C. Warner
Curtis C. Warner

Curtis C. Warner
WARNER LAW FIRM, LLC
Millennium Park Plaza
155 N. Michigan Ave. Ste. 737
Chicago, Illinois 60601
(312) 238-9820

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LINDA TODD, | ) | |
| | ) | 08 C 2847 |
| Plaintiff, | ) | |
| | ) | Judge Manning |
| v. | ) | |
| | ) | Magistrate Judge Soat Brown |
| FFCC-COLUMBUS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I, Curtis C. Warner, hereby certify that on July 9, 2008, I filed the notice of dismissal electronically using the Court's CM/ECF system, which automatically will send notice to those parties who have appeared and are so registered with a copy sent via US Mail & e-mail to:

Boyd W. Gentry
SURDYK, DOWD & TURNER CO., L.P.A.
Kettering Tower Suite 1610
40 N. Main Street
Dayton, OH 45423
bgentry@sdtlawyers.com

        Respectfully submitted,

        s/ Curtis C. Warner
          Curtis C. Warner

Curtis C. Warner
WARNER LAW FIRM, LLC
Millennium Park Plaza
155 N. Michigan Ave. Ste. 737
Chicago, Illinois 60601
(312) 238-9820