## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2847 | **DATE** | 7/15/2008 |
| **CASE TITLE** | Linda Todd vs. FTCC-Columbus, Inc. | | |

**DOCKET ENTRY TEXT**

Pursuant to FRCP 41(a)(1)(A), this case is dismissed with prejudice. The status hearing set to 7/31/2008 is hereby stricken. Enter Order of Dismissal.

■ [ For further detail see separate order(s).]    Docketing to mail notices.

| | Courtroom Deputy Initials: | rs |
|---|---|---|