IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LINDA TODD, | ) | |
| | ) | 08 C 2847 |
| Plaintiff, | ) | |
| | ) | Judge Manning |
| v. | ) | |
| | ) | Magistrate Judge Soat Brown |
| FFCC-COLUMBUS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF DISMISSAL**

Pursuant to Plaintiff's notice of dismissal, **IT IS HEREBY ORDERED:**

That this matter is dismissed with prejudice.

ENTERED: *Blanche M. Manning*
Honorable Blanche M. Manning
United States District Court Judge

DATE:   July 15, 2008